# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MARGARET LEPORE,

      Plaintiff,

v.

FIRST NATIONAL BANK,

      Defendant.

Case No. 25-cv-11119
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING ACTION PURSUANT TO FED. R. CIV. P. 41(a)

The Court having considered the Stipulation to Dismiss this action submitted by Plaintiff Margaret Lepore ("Plaintiff") and Defendant First National Bank ("Defendant") pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the uncertified putative class, with the parties to each bear their own attorneys' fees and costs.

      **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 8, 2026